### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTOINETTE CHEE,

    Defendant.

Citations: KAFB 3460254, 3460255, 3460256, 3459751
Docket Date: 6/5/13

### NOTICE OF ENTRY OF APPEARANCE

Ms. Antoinette Chee hereby notifies the Court pursuant to D.N.M.LR-Cr. 44.1, that Abby Sullivan Engen enters her appearance as co-counsel of record in this case.

Respectfully submitted,

COBERLY & ATTREP, LLLP

/s/ *Abby Sullivan Engen*
Abby Sullivan Engen
1322 Paseo de Peralta
Santa Fe, NM  87501
(505) 989-1029
aengen@cna-law.com

*Counsel for Antoinette Chee*

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2013, I e-mailed copies of the foregoing *Notice of Entry of Appearance* to Special Assistant U.S. Attorney Ashley Finnegan and Assistant U.S. Attorney Bill Pflugrath.

/s/ *Abby Sullivan Engen*
Abby Sullivan Engen

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| NMX | CHEE, ANTOINETTE | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| | | | 1:34-59751K-AFB | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) | |
| US v. CHEE | Petty Offense | Adult Defendant | Criminal Case | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 13-7220.P -- TRAFFIC OFFENSES, OTHER

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
ATTREP, JENNIFER L.
Coberly & Attrep, LLLP
1322 Paseo de Peralta
Santa Fe NM 87501

Telephone Number: _____

13. COURT ORDER
[X] O Appointing Counsel       [ ] C Co-Counsel
[ ] F Subs For Federal Defender  [ ] R Subs For Retained Attorney
[ ] P Subs For Panel Attorney    [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
[ ] Other (See Instructions)

_Signature_
Signature of Presiding Judicial Officer or By Order of the Court
09/04/2013
Date of Order                Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.  [ ] YES   [ ] NO

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)
COBERLY & ATTREP, LLLP
1322 Paseo de Peralta
Santa Fe NM 87501

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ ___ )       TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work  (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ ___ )       TOTALS: | | | | | |
| 17. | Travel Expenses  (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses  (other than expert, transcripts, etc.) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM _____ TO _____

20. APPOINTMENT TERMINATION DATE
IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS   [ ] Final Payment   [ ] Interim Payment Number ___   [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  [ ] YES  [ ] NO  If yes, were you paid?  [ ] YES  [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  [ ] YES  [ ] NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____                                           Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 05 2013

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTOINETTE CHEE,

    Defendant.

CASE NO. KAFB/3460254/3460255/3460256/3459751
Docket Date:  6/5/13 (appeared on 8/7/13) and 9/4/13

## NOTICE OF HEARING

TO:

| Jennifer Attrep, Esq.<br>jattrep@cna-law.com<br>(505) 989-1029 | Ashley Finnegan, Capt., SAUSA<br>ashley.finnegan@kirtland.af.mil<br>(505) 853-7465 |
|---|---|

## NOTICE OF TRIAL

Trial on the merits on a trailing docket is set for **TUESDAY, October 29, 2013, at 9:00 A.M.** before the Honorable Karen B. Molzen, Chief United States Magistrate Judge. Please report directly to the *Cimarron Courtroom, 5th Floor, Pete V. Domenici, United States Courthouse, 333 Lomas Blvd., NW, Albuquerque New Mexico* **15 minutes prior to trial for check in with the courtroom deputy.** REQUESTS for continuances must be filed with this Court no later than twenty-four (24) hours prior to the scheduled trial date.

## NOTICE OF PRE-TRIAL CONFERENCE

Defendant's counsel will meet and confer either personally or telephonically with the Assistant U.S. Attorney prosecuting the case **by October 22, 2013,** for purposes of disclosure of all trial witnesses, government and defense, together with their expected testimony, when exhibits should be identified and marked, and plea bargains may be discussed.

**FAILURE TO APPEAR FOR THIS HEARING WILL RESULT IN A BENCH WARRANT FOR YOUR ARREST AND POSSIBLE INCARCERATION.**

MATTHEW J. DYKMAN, CLERK

**Please direct all inquiries to:**        Denise D. Sanchez
Courtroom Deputy
Telephone: (505) 348-2054

A true copy of this notice/order was served--via facsimile transmission, mail, or electronic means--to counsel of record as they are shown on the Court's docket.



| | |
|---|---|
| To: | jattrep@cna-law.com, ashley.finnegan@kirtland.af.mil, |
| Cc: | William.Pflugrath@usdoj.gov, doreen.dowling@usdoj.gov, |
| Bcc: | |
| Subject: | Fw: Antoinette Chee - Notice of Trial - 10/29/13 @ 9:00 a.m. |

Correction: As indicated in notice, Trial is set for 9:00 a.m.

Denise D. Sanchez
Courtroom Deputy to the
Honorable Karen B. Molzen
(505) 348-2052

----- Forwarded by Denise D Sanchez/NMD/10/USCOURTS on 09/05/2013 04:33 PM -----

| | |
|---|---|
| From: | Denise D Sanchez/NMD/10/USCOURTS |
| To: | jattrep@cna-law.com, ashley.finnegan@kirtland.af.mil |
| Cc: | William.Pflugrath@usdoj.gov, doreen.dowling@usdoj.gov |
| Date: | 09/05/2013 04:33 PM |
| Subject: | Antoinette Chee - Notice of Trial - 10/29/13 @ 9:30 a.m. |



A Chee Ntc Trial.pdf

TO COUNSEL:

This is your formal notice of trial. A notice by regular mail will not be sent. Please advise your client of the upcoming trial date. Please also do not hesitate to contact me should you have any questions. If I am not available, please call 348-2054 or 348-2050. Thank you.

Denise D. Sanchez
Courtroom Deputy to the
Honorable Karen B. Molzen
(505) 348-2052

# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 3459751 | Noelle Fitzmaurice E162l6 | |

CVB Location Code: **KAFB**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☒ State Code |
|---|---|
| 10/10/2013  1:00pm | NMSA 66-5-16   Title 18 Section 13 |

Place of Offense: Kirtland AFB Gibson Gate

Offense Description: Factual Basis for Charge
NMSA 66-5-16 License to be carried and exhibited upon demand

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Chee | Antoinette | |

Phone: (505) 382-5859

Street Address: 8215 B West Sandia Circle
City: Albuquerque  State: NM  Zip Code: 87114

Drivers License No.: 024528B   CDL ☐   D.L. State: NM   Social Security No.: 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   Date of Birth: 08/31/19__

**VEHICLE**  VIN: 1GKDT13W65252 1154

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| LYK-273 | NM | 1995 | 2wd SMY | | White |

☒ Adult ☐ Juvenile   Sex ☐ Male ☒ Female   Eyes: BR   Hair: BR   Height: 5'04"   Weight: 165

A ☒  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**PAY THIS AMOUNT →**  
$  Forfeiture Amount
+ $25  Processing Fee
$  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: | Date (mm/dd/yyyy) | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 01/2011)   Original - CVB Copy

3459751

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/July, 20/13 while exercising my duties as a law enforcement officer in the KAFB District of Bernillo

While performing my duties as an Entrance Control Controller on Gibson Gate I ax Antoinette utilized DBIDS to verify credentials on Antoinette Chee and it came across that her driving status was suspended. I then asked Chee for her drivers license and she explained that she had left her license at the house and it was not on her.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/10/2013   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; GMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
| 3460254 | Mullins | M2770 | KAFB |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 02/28/2013 @ 9:00 AM | Title 18 SEC 13 U.S.C. |
| Place of Offense | |
| Kirtland AFB, Albuquerque NM 3rd St. | NMSA 32A-4-284 |

Offense Description: Factual Basis for Charge
NMSA 32A-4-284
Child Endangerment

HAZMAT ☐

3460254

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Chee | Antoinette | NMI |

| Street Address | | |
|---|---|---|
| 8215B W Sandia Circle | | |

| City | State | Zip Code |
|---|---|---|
| Albuquerque | NM | 87116 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| | | NM | 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 | 08/31/76 |

Phone: (505) 312-8811

☐ Adult ☐ Juvenile   Sex ☐ Male ☒ Female   Hair BRO   Eyes BRO   Height 5'9"   Weight 145

## VEHICLE

| VIN: 5XYKT4A20BG108639 | | PASS ☐ | CMV ☐ |
|---|---|---|---|
| Tag No. | State | Year | Make/Model | Color |
| AZ40285 | AZ | 11 | KIA/Sorento | Green |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**PAY THIS AMOUNT →**

| $ | Forfeiture Amount |
|---|---|
| + $25 | Processing Fee |
| $ | Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Feb 28, 2013 while exercising my duties as a law enforcement officer in the KAFB District of Bernalillo.

While performing my duties as Blue 3, I Sgt Mullins was briefed and dispatched to 8215B W. Sandia Circle regarding a hit and run (involving a vehicle in color 2011 Kia Sorento and Service a tractor trailer L/Plt AZ H2515 out of Arizona. Upon arrival on scene, I made contact with defendant Chee, Antoinette. Defendant initially claimed to have no knowledge of what happened to her vehicle, then later stated The defendant Chee, Antoinette reported to APD and Bernalillo Police Department. I contacted APD and Bernalillo County Sheriff's Office to inquire on the defendants claim. Neither agency had any such claim on file. A pink Converse Shoe mentioned front passenger of the scene of the crime. The defendant was detained and transported to Bldg #20330 Kirtland AFB. The defendant later admitted she had been driving while operating a vehicle drunk and struck the trailer, then fled the scene. The State mentioning the footprint at the crime scene belonged to the defendants daughter.

Executed on: 02/28/2013 _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
| 3460255 | Mullins | M2770 | KAFB |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 02/28/2013 9:00PM | T-HC 18 SEC 13 USC / NMSA 66-S-39 |

Place of Offense: Kirtland AFB Albuquerque NM 34th St

Offense Description: Factual Basis for Charge
NMSA 66-S-39
Driving while license suspended or revoked; providing penalties

### DEFENDANT INFORMATION
Last Name: Chee
First Name: Antoinette
M.I.: M
Phone: (505) 312-8941

Street Address: 8215 B W Sandia Circle
City: Albuquerque
State: NM
Zip Code: 87116
Social Security No.: 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
Date of Birth: 08/31/76

Driver's License No.: [illegible] CDL ☐ D.L. State: Hgt: 5'4" Eyes: BRO Height: 4'1" Weight: 195

☒ Adult ☐ Juvenile  Sex ☐ Male ☒ Female

### VEHICLE
VIN: 5XYKT4A20BG108628
Tag No.: AZ H61285
State: AZ
Year: 11
Make/Model: Kia/Sorento
PASS ☐
Color: Green
CMV ☐
HAZMAT ☐

☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**PAY THIS AMOUNT →**
$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(if no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signed]

(Rev. 01/2011)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Feb 28, 2013 while exercising my duties as a law enforcement officer in the KAFB District of Bernalillo.

While performing my duties as a Sgt and law enforcement, I was dispatched to 8215 B W Sandia Circle regarding a hit and run (MV/fixed obj) (press in color), Kia Sorento had struck a fence trailer #L/04 AZ H6285 out of Arizona. Upon arrival on scene, I made contact with defendant Chee Antoinette. Defendant initially claimed to have no knowledge of incident happened to be vehicle, Another later stated she happened to strike vehicle adjacent to Albuquerque Police Department. I contacted APD and Bernalillo County Sheriff's Office to inquire on the defendants claim. Neither agency had no locate claim filed. A rink search also revealed footprints at the scene of the crime. The defendant was detained and transported to bldg #20222 Kirtland AFB. The defendant later admitted she had been driving vehicle operating to vehicle and struck the trailer, I have find the scene. The scene matching the foot print at the crime scene belonged to the defendant's slippers.

The foregoing statement is based upon:
☒ my personal observation
☒ information supplied to me from my fellow officer's observation
☒ my personal investigation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/28/2013 [signature]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

CVB Location Code: KAFB

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3460256 | Mullins | M2770 |

3460256

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 02/28/2013 8:00 PM

Offense Charged ☐ CFR ☑ USC ☑ State Code: Title 18 SEC 13 U.S.C. NMSA 66-7-204

Place of Offense: KirtLand AFB Albuquerque NM 34th St

HAZMAT ☐

Offense Description: Factual Basis for Charge: NMSA ~~66-5~~ 66-7-204 Accident involving damage to vehicle

**DEFENDANT INFORMATION** Phone: (505) 312 - 8941

| Last Name | First Name | M.I. |
|---|---|---|
| Chee | Antoinette | NMI |

Street Address: 8215B W. Sandia Circle

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Albuquerque | NM | 87116 | 08/31/76 |

Drivers License No.: CDL ☐ D.L. State: Social Security No.: 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

☒ Adult ☐ Juvenile Sex ☐ Male ☒ Female Hair: BRO Eyes: BRO Height: 6'4" Weight: 145

**VEHICLE** VIN: 5XYKT4A20BG108638 CMV ☐

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| AZ H0285 | AZ | 11 | Kia/Sorento | Green |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ________ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ ________ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Date (mm/dd/yyyy): Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ____________, 20____ while exercising my duties as a law enforcement officer in the ____________ District of ____________

~~While performing my duties as Patrol 3, I SSgt Mullins was briefed and dispatched to 8215B W Sandia Circle regarding a~~ hit and run (Rev/Fixed obj). Green in color 2011, Kia Sorento had struck a trailer. L/P# AZH0285 out of Arizona. Upon arrival on scene, I made contact with defendant Chee, Antoinette. Defendant initially claimed to have no knowledge of what happened to her vehicle, then later stated she filed a stolen vehicle report to Albuquerque Police Department. I contacted APD and Bernalillo County Sheriff's Office to inquire on the defendant's claim. Neither said no such claim was filed. A pink converse shoe matched footprint at the scene of the crime. The defendant was detained and transported to Bldg# 20220 Kirtland AFB. The defendant later admitted she had been driving while operating a mobile device and struck the trailer, then fled the scene. The shoe matching the footprint at the crime scene belonged to the defendant's daughter.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/28/2013 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ANTOINETTE CHEE,

Defendant.

Citation No.: KAFB-3460254, 3460255, 3460256
Offense: Child Endangerment, Driving w/Suspended License & Accident
Docket Date: 6/5/13 (appeared 8/7/13)

FILED
At Albuquerque NM
AUG 26 2013
MATTHEW J. DYKMAN
CLERK

TO: Ms. Antoinette Chee
8215 B West Sandia Circle
Albuquerque, NM 87116

*[handwritten: per kbm should have been trial Notice not guilty plea. Will re-Notice.]*

**NOTICE OF HEARING**

A GUILTY PLEA proceeding is set on a trailing docket is set for **TUESDAY, October 29, 2013, AT 9:00 A.M.** before the Honorable Karen B. Molzen, Chief United States Magistrate Judge. Please report directly to the *Cimarron Courtroom, 5th Floor, United States District Court, 333 Lomas Blvd, Albuquerque, New Mexico* 15 minutes prior to trial for check in with the courtroom deputy.

*[handwritten strikethrough with "TRIAL" written in]*

REQUESTS for continuances must be filed with this Court no later than twenty-four (24) hours prior to the scheduled trial date.

**FAILURE TO APPEAR FOR THIS HEARING WILL RESULT IN A BENCH WARRANT FOR YOUR ARREST AND POSSIBLE INCARCERATION.**

MATTHEW J. DYKMAN, CLERK OF COURT
UNITED STATES DISTRICT COURT

_____

cc:  Capt. Ashley Finnegan, Esq.
     (505) 853-7465